# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 5, 2006

127212 & (50)(53)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SHERRY COMBEN, ANTRIM
COUNTY TREASURER,
        Plaintiff-Appellee,

v

STATE OF MICHIGAN, and
DEPARTMENT OF TREASURY,
        Defendants-Appellants,
and

PURE RESOURCES, L.P., DOMINION
RESERVES, INC., WOLVERINE GAS
AND OIL COMPANY, INC., EUGENIE R.
ANDERSON, STEPHEN WARD DEVINE,
ELIZABETH PALMER DEVINE, MICHAEL
EDMUND DEVINE, SUZANNE LEE DEVINE,
WILLIAM W. DUNN, DAVID W. FAY,
EDWIN R. FAY, PETER W. FAY, ROBERT A. FAY,
ROSAMOND S. FISHER, FREDERICK T. GOLDING,
NANCY HAMILTON, LISA MARRIOTT JONES,
DAPHNE FAY LANDRY, GEORGE S. LEISURE, JR.,
PETER R. LEISURE, FLORA NINELLES,
MARJORIE S. RICHARDSON, JAMES W. RILEY, JR.,
WILLIAM A. RILEY, BARBARA F. ROSENBERG,
ELIZABETH, R. P. SHAW, ANN WARD SPAETH,
FREDERICK S. STRONG, III, A. W. ROBERT, STRONG
REVOCABLE TRUST, and EUGENIE S. KAUFFMAN,
        Defendants-Appellees.

SC      127212
CoA    248963
Antrim CC 02-007860-PS

_____

On order of the Chief Justice, the motion by the State Bar of Michigan for extension of the time for filing its brief *amicus curiae* is considered, and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 5, 2006

_____
Clerk